IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Kelmeris<br>Donna Marie Kelmeris aka Donna DeYoung<br>Debtor(s) | BK NO. 23-02655 MJC<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nations Lending Corporation and index same on the master mailing list.

    Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
30 Jan 2024, 13:01:35, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322