**LOCAL BANKRUPTCY FORM 9013-4**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** John Kelmeris, Donna Marie Kelmeris | : | **CHAPTER** 13 |
| | : | **CASE NO.** 5-23-bk-02655 MJC |
| **Debtor(s)** John Kelmeris, Donna Marie Kelmeris | : | **ADVERSARY NO.** __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. Jack N. Zaharopoulos, Chapter 13 Trustee | : | **Nature of Proceeding:** Motion to Incur Debt/Obtain Credit |
| **Defendant(s)/Respondent(s)** | : | **Document #:** 28 |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Debtor's attorney has a conflict as he is an expert witness in another proceeding that is scheduled for the same date and time as the hearing on the instant Motion to Incur Debt/Obtain Credit.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 02/06/2024

/s/ Timothy B. Fisher, II

Attorney for Debtors

Name: Timothy B. Fisher, II

Phone Number: (570) 842-2753

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.