United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>John Kelmeris<br>Donna Marie Kelmeris<br>    Debtors | Case No. 23-02655-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 16, 2024 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5587310 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 18:41:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Nations Lending Corporation mfarrington@kmllawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor Andrews Federal Credit Union smccaffery@pincuslaw.com ckohn@hoflawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Donna Marie Kelmeris donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 John Kelmeris donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN KELMERIS<br>DONNA MARIE KELMERIS<br>           Debtors | : | CASE NO. 5:23-02655-MJC |
| JOHN KELMERIS<br>DONNA MARIE KELMERIS<br>           Objectants<br>vs. | : | |
| LVNV FUNDING, LLC<br>           Claimant | : | |

## ORDER

Upon consideration of the Debtors' Objection to Proof of Claim Number 14 of LVNV FUNDING, LLC, Dkt. # 23 ("Objection"), after notice and no responses having been filed thereto, it is hereby

**ORDERED** that the Debtors' Objection is hereby **SUSTAINED** and Claim No. 14 is disallowed in its entirety.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 15, 2024