United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02655-MJC |
| John Kelmeris | Chapter 13 |
| Donna Marie Kelmeris | |
|    Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Mar 25, 2024     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5591103 | Email/Text: bnc@atlasacq.com | Mar 25 2024 18:49:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Nations Lending Corporation mfarrington@kmllawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor Andrews Federal Credit Union smccaffery@pincuslaw.com ckohn@hoflawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Donna Marie Kelmeris donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 John Kelmeris donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN KELMERIS<br>DONNA MARIE KELMERIS<br>　　　　　　　Debtors | :<br>:<br>: | CASE NO. 5:23-02655-MJC |
| JOHN KELMERIS<br>DONNA MARIE KELMERIS<br>　　　　　　　Objectants<br>vs.<br>ATLAS ACQUISITIONS LLC<br>ON BEHALF OF UHG I LLC<br>ASSIGNEE OF COMENITY BANK<br>　　　　　　　Claimant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

## ORDER

Upon consideration of the Debtors' Objection to Proof of Claim Number 24-1 of Atlas Acquisitions LLC on behalf of UHG I LLC Assignee of Comenity Bank, Dkt. # 32 ("Objection"), after notice and no responses having been filed thereto, it is hereby

**ORDERED** that the Debtors' Objection is hereby **SUSTAINED** and Claim No. 24-1 is disallowed in its entirety.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 25, 2024