United States Bankruptcy Court
Middle District of Pennsylvania

In re  John Kelmeris
       Donna Marie Kelmeris
                                    Debtor(s)

Case No. 5:23-bk-02655
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, a copy of **Order Confirming Amended Chapter 13 Plan (Doc. #53)** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

ALL PARTIES ON ATTACHED
EXHIBIT "A"

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979
donna.kau@pocono-lawyers.com

```
Label Matrix for local noticing        PRA  Receivables Management LLC      Quantum3 Group LLC as agent for
0314-5                                 POB 41067                            Sadino Funding LLC
Case 5:23-bk-02655-MJC                 Norfolk, VA 23541-1067               PO Box 788
Middle District of Pennsylvania                                             Kirkland, WA 98083-0788
Wilkes-Barre
Wed Jun  5 10:27:21 EDT 2024

U.S. Bankruptcy Court                  ANDREWS FCU                          Affirm Inc
Max Rosenn U.S. Courthouse             5711 ALLENTOWN RD                    650 California Street
197 South Main Street                  Suitland, MD 20746-4547              San Francisco, CA 94108-2716
Wilkes-Barre, PA 18701-1500


Affirm, Inc.                           Ally Bank                            (p)ATLAS ACQUISITIONS LCC
Resurgent Capital Services             Resurgent Capital Services           492C CEDAR LANE SUITE 442
PO Box 10587                           PO Box 10368                         TEANECK NJ 07666-1713
Greenville, SC 29603-0587              Greenville, SC 29603-0368


Capital One                            Capital One N.A.                     Comenity Capital Bank/Big Lots
PO Box 31293                           by American InfoSource as agent      3095 LOYALTY CIRCLE,
Salt Lake City, UT 84131-0293          PO Box 71083                         Building A
                                       Charlotte, NC  28272-1083            Columbus, OH 43219-3673


Comenity Capital Bank/Sally Beauty     Credit One Bank                      EMERGENCY PHYS ASSOCIATES OF PENNSYLVANIA PC
3095 Loyalty Circle                    PO Box 98872                         PO BOX 1123
Building A                             Las Vegas, NV 89193-8872             MINNEAPOLIS, MN 55440-1123
Columbus, OH 43219-3673


(p)FIRST NATIONAL BANK                 (p)FIRST SAVINGS BANK    BLAZE       (p)FIRST SAVINGS BANK
ATTN BANKRUPTCY                        ATTN BANKRUPTCY                      ATTN BANKRUPTCY
1500 S HIGHLINE AVE                    1500 S HIGHLINE AVE                  1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003              SIOUX FALLS SD 57110-1003            SIOUX FALLS SD 57110-1003


Goldman Sachs and Co.                  LOANCARE SERVICING CENTER            LVNV Funding, LLC
P.O. Box 70321                         INTERSTATE CORPORATE CENTER BLDG#9   Resurgent Capital Services
Philadelphia, PA 19176-0321            STE 200                              PO Box 10587
                                       Norfolk, VA 23502                    Greenville, SC 29603-0587


Lehigh Valley Health Network           Lehigh Valley Health Network         Lending Club
Lock Box #8361                         P.O. Box 981028                      P.O. Box 888313
PO Box 8500                            Boston, MA 02298-1028                Los Angeles, CA 90088-8313
Philadelphia, PA 19178-8500


Lending Point                          LendingClub Bank, NA                 LoanCare, LLC
1201 Roberts Blvd NW                   P.O. BOX 884268                      3637 Sentara Way
Suite 200                              Los Angeles, CA 90088-4268           Virginia Beach, VA 23452-4262
Kennesaw, GA 30144-3612


MERRICK BANK                           Merrick Bank                         Merrick Bank
Resurgent Capital Services             P.O. Box 5000                        PO Box 9201
PO Box 10368                           Draper, UT 84020-5000                Old Bethpage, NY 11804-9001
Greenville, SC 29603-0368
```

| | | |
|---|---|---|
| (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | Montgomery Ward<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Old Navy<br>PO Box 965003<br>Orlando, FL 32896-5003 |
| Ollo Card SVCS/Ally<br>PO Box 9222<br>Old Bethpage, NY 11804-9222 | Ollo/Ally<br>1511 Friendship Road<br>Jefferson City, MO 65101-8703 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| Onemain<br>100 INTERNATIONAL DRIVE<br>15th Flr<br>Baltimore, MD 21202-4784 | Pentagon - Bankcard<br>PO Box 1432<br>Alexandria, VA 22313-1432 | Pentagon - Bankcard<br>PO Box 1432<br>Bankcard<br>Alexandria, VA 22313-1432 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>Quantum3 Group LLC as agent for<br>Sadino Funding LLC 98083-0788 | Resurgent/LVNV Funding<br>P.O. Box 1269<br>Greenville, SC 29602-1269 | SANTANDER CONSUMER USA<br>P. O. Box 560284<br>Dallas, TX 75356-0284 |
| SYNCB/Amazon PLCC<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | SYNCB/PPC<br>PO Box 965005<br>Orlando, FL 32896-5005 | Santander Bank N.A.<br>PO Box 841102<br>Credit Card Inquiry<br>Boston, MA 02284 |
| Synchrony Bank/Lowes<br>P.O. Box 669807<br>Dallas, TX 75266-0759 | THD/CBNA<br>One Court Square<br>Long Island City, NY 11120-0001 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 | Verizon Wireless<br>PO Box 650051<br>Dallas, TX 75265-0051 | Donna Marie Kelmeris<br>329 O'Donovan Drive<br>East Stroudsburg, PA 18301-7729 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | John Kelmeris<br>329 O'Donovan Drive<br>East Stroudsburg, PA 18301-7729 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).